**PAULA CANNY, ESQ., SBN 96339**
Law Offices of Paula Canny
840 Hinckley Road, Suite 101
Burlingame, CA 94010
Telephone: (650) 652-7862
Facsimile: (650) 652-7835
Email: pcanny@paulacanny.com

Attorneys for Defendant,
NICOLAS JOHN NEIDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

YOSEMITE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>         v.<br><br>NICHOLAS JOHN NEIDER,<br><br>                  Defendant | ) Criminal No. 6:14-mj-009-MJS<br>)<br>) **STIPULATION AND ORDER**<br>) **EXCLUDING TIME**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

      With the agreement of the parties, and with the consent of defendant Nicolas Neider ("defendant"), the Court enters this Order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from March 11, 2014 to April 15, 2014.  The Court finds and holds, and the parties stipulate, as follows:

      1.      The initial appearance in this case is set for March 11, 2014.

      2.      Counsel for the defendant is unavailable on the currently set date.

      3.      The parties now jointly request that the Court continue the case to April 15, 2014 at 10:00 a.m. for arraignment and identification of counsel.

      4.      The Court finds that, taking into account the public interest in the prompt disposition of criminal cases, granting the continuance until April 15, 2014, is necessary for the defendant to have reasonable time necessary to retain counsel, *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by

excluding the period from March 11, 2014, to April 15, 2014, outweigh the best interest of the public and the defendant in a speedy trial.  *Id*., § 3161(h)(7)(A).

Dated:  March 10, 2014                             _____/s/_____
                                                   PAULA CANNY
                                                   Law Offices of Paula Canny
                                                   Attorneys for Defendant
                                                   Nicholas Neider


Dated:  March 10, 2014                             _____/s/_____
                                                   MATTHEW MCNEASE
                                                   Attorney for the United States Park Service


## **ORDER**

Good cause appearing, the above Stipulation in Case No. 6:14-mj-009-MJS is accepted and adopted as the Order of the court.

IT IS SO ORDERED.

Dated:   March 10, 2014              /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE